IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE: ST. J APARTMENTS LIMITED PARTNERSHIP,   Case No. 4:15-bk-13173
        Debtor-in-Possession.   Chapter 11

**MOTION TO INCUR SECURED DEBT PURSUANT TO 11 U.S.C. § 364**

Comes now, the Debtor-in-Possession, St. J Apartments Limited Partnership ("**Debtor**"), by and through its attorneys, Williams and Anderson, PLC, and for its Motion to Incur Secured Debt Pursuant to 11 U.S.C. § 364 states as follows:

1. Venue and jurisdiction are proper in this Court.

2. Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code on June 26, 2015.

3. The Debtor continues in the possession of its property and the management of its business as a debtor-in-possession pursuant to 11 U.S.C. §§1107 and 1108.

4. No trustee, examiner, or committee has been appointed in the Debtor's Chapter 11 case.

5. The Debtor is an Arkansas limited partnership formed for the purpose of owning a 224 unit apartment complex located at 5001 West 65th Street, Little Rock, Arkansas 72209 ("**St. Johns Apartments**" or the "**Property**"). The General Partner of the Debtor responsible for managing St. Johns Apartments was replaced by a receiver in 2012 by Order of the Circuit Court of Pulaski County, Seventeenth Division ("**Circuit Court**").

6. Debtor is in need of additional working capital and funds to maintain the Property, to continue operations and to file this Chapter 11 case in order to reorganize or sell the Property.

7. Debtor has negotiated a loan with Millennium Trust Company, LLC Custodian

FBO Lapis Municipal Opportunities Fund LP, and Millennium Trust Company, LLC Custodian FBO Lapis Aquilo Fund I LP (collectively, the "**Lender**"). Debtor is currently unable to borrow money from any other source on a secured or unsecured basis.

8. The borrowing proposed herein is outlined in the term sheet attached hereto as **Exhibit** "**A**" and incorporated herein by reference. The proposed loan documents are collectively attached hereto as **Exhibit** "**B**" and incorporated herein by reference.

9. The lending proposal involves a loan of $750,000 from Lender to Debtor. The loan proceeds will be used to pay administrative and operating costs of the Debtor during the pendency of its Chapter 11 bankruptcy case.[1] In addition, the lending proposal will pay the outstanding amount due the property manager of the Property in order to assume the management agreement with that property manager (a Motion to Assume and Modify Executory Contract is being filed simultaneously with this Motion). Finally, the proposal requires the Debtor to pay for the closing costs of the transaction, including a closing fee to be paid to Lender from the proceeds of the loan.

10. In exchange for providing Debtor with this proposed loan, Lender seeks a super-priority lien on Debtor's assets pursuant to 11 U.S.C. §364. Bank of the Ozarks, as Trustee of Pulaski County Public Facilities Board Multifamily Housing Mortgage Revenue Bonds (St. Johns Apartments Project), Series 2007 dated December 1, 2007 (the **"Bonds Trustee"**), is the first lienholder against the Debtor's assets. The current outstanding debt on the bonds is approximately $7,710,000. Debtor asserts the bondholders are adequately protected because using the proposed loan to continue to operate and protect the Property, and to either reorganize

---

[1] In addition to the normal operating costs associated with the Property, the loan proceeds will be used to pay Debtor's bankruptcy counsel as disclosed in Debtor's schedules.

2

or find a buyer through Chapter 11 will maximize recovery to the bondholders. The Lender is the majority bondholder holding 52.6% of the bonds.

11. Lender is ready, willing, and able to consummate the transaction upon Court approval. It is anticipated, should the transaction be approved upon the terms and conditions set forth in the attached loan documents, Lender will be paid its fees and begin funding within three business days of the entry of an Order approving this Motion.

12. Absent the relief requested herein, Debtor will be unable to maintain its operations, thereby resulting in diminution of the collateral. Accordingly, Debtor believes the entry of an order authorizing the Debtor to incur secured debt through this transaction is in the best interests of the Debtor and its creditors.

**WHEREFORE**, the Debtor respectfully requests this Court enter an Order approving this Motion, and all other just and proper relief to which it may be entitled.

Respectfully submitted,

By: /s/James E. Smith
James E. Smith (AR #77128)
jsmith@williamsanderson.com
Allison R. Gladden (AR #2008205)
agladden@williamsanderson.com
Dana M. Landrum (AR #98157)
dlandrum@williamsanderson.com

Williams & Anderson PLC
111 Center Street, Suite 2200
Little Rock, AR 72201
T (501)372-0800
F (501)375-6453

3

## **CERTIFICATE OF SERVICE**

      I, James E. Smith, do hereby certify that a copy of the foregoing has been served in accordance with the Federal Rules of Bankruptcy Procedure on this the 26th day of June, 2015 upon the following:

                                           */s/ James E. Smith*
                                           James E. Smith